IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE No.  8:07CV224 |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| B. SHARI BURNS, Individually, | ) | |
| | ) | |
| Respondent. | ) | |

This matter is before the court on Petitioner's motion for an extension of time to perfect service and for a continuance of the August 13, 2007, hearing in this matter [Filing No. 4].  On June 18, 2007, this Court ordered Respondent to appear on August 13, 2007, to show cause why she should not be compelled to comply with an IRS summons [Filing No. 3].  The Court further ordered that Respondent be personally served with the Petition and Order within 30 days of the date of the Order [Filing No. 3].  The Petitioner attempted to personally serve the Motion and Order on a number of separate occasions but was unsuccessful [Filing No. 4].  Upon consideration, and for good cause shown,

**IT IS ORDERED:**

1. Petitioner's motion for an extension of time to perfect service and motion for a continuance of the August 13, 2007, hearing [Filing No. 4] is granted.

2. Respondent, B. Shari Burns, shall appear before the undersigned judge in the District Court of the United States for the District of Nebraska, in **Courtroom No. 2, Third Floor, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska  on the 28th day of September, 2007, at 1:30 p.m.** to show cause

why she should not be compelled to comply with the IRS summons.

**IT IS FURTHER ORDERED** that a copy of this Order, together with (1) Petitioner's Motion to Continue Hearing and for Extension of Time to Perfect Service; (2) the Order dated June 18, 2007 [Filing No. 3]; and (3) Petitioner's Motion to Hold the Respondent in Contempt of Court and exhibits thereto [Filing No. 1], be personally served on B. Shari Burns by either a United States marshal, a deputy United States marshal, or by an official of the Internal Revenue Service who is hereby specially appointed for that purpose, within thirty (30) days of the date of this Order and that proof of service as provided for in Fed. R. Civ. P. 4(l) be filed with the Clerk of the District Court within five (5) business days after such service upon Respondent.

**IT IS FURTHER ORDERED** that if the Respondent fails to appear herein or otherwise respond, the United States may move to hold the Respondent in contempt of an Order of this court.

DATED this 9th day of August, 2007.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge